50,840-08

Abel Acosta, Clerk

Texas Court of Criminal Appeals

Supreme Court Bldg.

P.O. Box 12308,

Capitol Station

Austin, Texas 78711-2308

11-4-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta, Clerk

In re: Filed Writ of Habeas Corpus Application Filed on 7-28-15, with Harris County District Clerk, RE: CAUSE #619404-F

Mr. Acosta,

On, September 30th, 2015, the presiding judge of the 185th District Court of Harris County, Texas, issued an "ORDER", ordering that a prepare transcript of all papers filed in cause number 619404-F be transmit same to the Court of Criminals Appeals as provided by TEX. CODE CRIM. PROC. Ann. art. 11.07 § 3.

According, to the ORDER there are six (6) instrustments filed ( writs, motion, attachments, and ect.) listed, A—F. The Court's Findings of Facts, and Conclusion of Law is listed as (D). I, the applicant did not recieve an copy of item (D). I have not also recieved notice from your office, that there has been any transcripts filed in your office, in reference to Cause number 619404-F. If possible could your office send me an itemized list of all transcripts that has or will be filed in reference to Cause number 619404-F.

Your assistance in this matter would be greatly appreciated.

Respectfully Submitted
Michael L. Paxton

my current mailing address is: Michael L. Penton

TDCJ-CID # 648095

Holliday Unit

295 I H 45 North

Huntsville, Tx. 77320

Again, thank you for your assistance in this matter.

Michael L. Penton